RECEIVED
DEC 2 6 2006
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

FORM 2
COVER SHEET

# In The United States Court of Federal Claims

Cover Sheet

06-886 T

Plaintiff(s) or Petitioner(s)
Eve-Marie Schaffer

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Bernard S. Mark

Firm Name: Kestenbaum & Mark

Post Office Box:

Street Address: 40 Cutter Mill Road

City-State-Zip: Great Neck, New York 11021

Telephone & Facsimile Numbers: (516) 466-0410; (516) 829-3729

Is the attorney of record admitted to the Court of Federal Claims Bar? ☒ Yes ☐ No

Does the attorney of record have a Court of Federal Claims ECF account? ☒ Yes No
If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6402 for admission papers and/or enrollment instructions.

Nature of Suit Code: 2 0 8
Select only one (three digit) nature-of-suit code from the attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: T R E
See attached sheet for three-digit codes.

Amount Claimed: $ 126, 577.87
Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? ☐ Yes ☒ No
If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $ N/A
Is plaintiff a small business? ☐ Yes ☒ No

Vaccine Case: N/A
Date of Vaccination:

Related Cases:
Is this case directly related to any pending or previous case? ☐ Yes ☒ No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.