# In the United States Court of Federal Claims

No. 06-886 T
(Filed: January 25, 2007)

****************************************
**EVE-MARIE SCHAFFER,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
****************************************

**ORDER**

Pursuant to Rule 40.1(b) of the Rules of the Court of Federal Claims, for the efficient administration of justice and with the consent of the transferee judge, this case is hereby transferred to Judge Margaret M. Sweeney.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge