IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-886 T
(JUDGE SWEENEY)

EVE-MARIE SCHAFFER,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

MOTION FOR ENLARGEMENT OF TIME

Defendant, the United States of America, respectfully moves the Court for an enlargement of time of sixty days, from February 26, 2007, to and including April 27, 2007, within which to answer or otherwise respond to the complaint in the above-captioned case. This is the first enlargement requested for this purpose.

As good cause therefor, defendant states as follows:

This is a suit in which plaintiff alleges and seeks the refund of an overpayment of federal gift tax. It is one of eight indirectly related cases. On February 16, 2007, the parties filed a Joint Notice of Indirectly Related Cases and Joint Motion to Transfer to a Common Judge, which are still pending before the Court.

In responding to tax refund suits, defendant's attorneys must rely on information provided by the Office of the Chief Counsel, Internal Revenue Service. Upon receiving the complaints in this and the other indirectly related cases, defendant forwarded copies to the Office

of the Chief Counsel along with a request to assemble the necessary files and to provide the Chief Counsel's recommendations as to how the government should proceed. Defendant's attorneys have not yet received the requested materials and will not receive them in time to respond to the complaint within the original sixty-day period provided by Rule 12 of the Rules of the United States Court of Federal Claims. According to representations made by the Chief Counsel's attorneys, the enlargement of time requested will be sufficient for them to finish assembling the necessary files and formulating their recommendations, while leaving enough time for defendant's attorneys to review the Chief Counsel's materials and respond to the complaint.

We are authorized to state that counsel for plaintiff has no objection to this motion.

WHEREFORE, defendant prays its motion be granted.

Respectfully submitted,

s/ Karen Servidea
KAREN SERVIDEA
*Attorney of Record*
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
*Voice: (202) 616-3423*
*Fax: (202) 514-9440*
*Email: karen.e.servidea@usdoj.gov*

EILEEN J. O'CONNOR
*Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*
G. ROBSON STEWART
*Reviewer, Court of Federal Claims Section*

February 16, 2007

s/ G. Robson Stewart
Of Counsel